IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BILLIE MINSER TAYLOR,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D17-0351

CITY OF LAKELAND
OFFICE OF RISK
MANAGEMENT/RETAIL
FIRST INSURANCE COMPANY

Appellees.

_____/

Opinion filed August 1, 2017.

An appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: February 28, 2001.

Laurie Thrower Miles of Miles & Parrish, P.A., Lakeland; Wendy S. Loquasto of Fox & Loquasto, P.A., Tallahassee, for Appellant.

Thomas P. Vecchio of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for Appellees.

PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.